## Lhormer, Appellant, *v.* South Pittsburgh Water Company.

Argued March 25, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Paul E. Moses*, with him *Virginia R. Dale*, and *Joseph Swartz*, for appellant.

*Robert A. Jarvis, Donald C. Riedel, Joseph A. Beck*, and *Beck, McGinnis & Jarvis*, for appellee.

OPINION PER CURIAM, April 21, 1964:
Judgment affirmed.